FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2019 JAN -4 AM 11: 19

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

JERRY LEE CLARK, SR.,⁣ )
⁣ )
    Plaintiff, )
⁣ )
v. )     CV418-221
⁣ )
JOHN WILCHER, )
⁣ )
    Defendant. )

## ORDER

Taking as true plaintiff's representation that he attempted to comply with the Court's Order (doc. 4, granting leave to proceed *in forma pauperis* and requiring the submission of certain forms), the Court's Report and Recommendation recommending dismissal for failure to comply with a court order (doc. 5) is **VACATED**. Plaintiff shall have an additional 30 days to submit his Consent to Collection of Fees and Prisoner Account Statement Forms.[1] If he fails to timely do so, the Court will again recommend this case to be dismissed without prejudice. *See* Fed. R. Civ. P. 41(b) (authorizing district courts to dismiss an action for failure to obey

---

[1]   The Clerk is **DIRECTED** to serve plaintiff with an additional copy of both forms.

a court order); L.R. 41.1(c) (authorizing district court to dismiss for lack of prosecution); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Collins v. Lake Helen, L.P.*, 249 F. App'x 116, 120 (11th Cir. 2007) ("[D]istrict court[s] possesses the inherent power to police [their] docket[s]" and to prune out those cases left to languish by their litigants).

**SO ORDERED**, this 4th day of January, 2019.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA