IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JERRY LEE CLARK, SR.,                )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )          CASE NO. CV418-221
                                     )
JOHN T. WILCHER;                     )
                                     )
        Defendant.                   )
                                     )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 10), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Plaintiff's Motion for Leave to Proceed in forma pauperis (Doc. 9) is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 25ᵗʰ day of March 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DIST. COURT
SAVANNAH DIV.
2019 MAR 25  PM 3: 39
CLERK
S. DIST. OF GA.